IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LEON STEPHENSON                                                                                      PLAINTIFF

      v.                              Civil No. 07- 5129

DEPUTY "SKI";
NURSE "MARCIA";
DEPUTY BECK;
MR. THOMPSON                                                                                         DEFENDANTS

## ORDER

This civil rights action was filed in forma pauperis (IFP).  Plaintiff originally named as a Defendant the Benton County Detention Center Medical Staff.  Due to Plaintiff's responses to the Addendum (Doc. 6) the Clerk of Court is directed to substitute Deputy Ski, Nurse Marcia, Deputy Beck, and Mr. Thompson for Defendant Benton County Detention Center.

Furthermore, the Court finds that the Complaint (Doc. 1) and the Addendum (Doc. 6) are due to be served upon newly-named Defendants Ski, Marcia, Beck and Thompson.

The Court, having heretofore entered an order allowing the plaintiff to proceed *in forma pauperis* and directing the clerk to file the complaint, hereby directs the United States Marshal to serve the Defendants Deputy Ski, Nurse Marcia, Deputy Beck, and Mr. Thompson.  These Defendants may be served at the Benton County Detention Center, 1300 SW 14th Street, Bentonville, AR 72712.

Defendants are to be served without prepayment of fees and costs or security therefor.  The defendant is ordered to answer within twenty (20) days from the date of service.

IT IS SO ORDERED this 24th day of January 2008.

                                                      */s/ J. Marschewski*
                                                      HON. JAMES R. MARSCHEWSKI
                                                      UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)