IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LEON STEPHENSON                                                                                           PLAINTIFF

v.                                          Civil No. 07- 5129

BENTON COUNTY DETENTION
CENTER MEDICAL STAFF                                                                           DEFENDANTS

**O R D E R**

Plaintiff's complaint was filed in this case on July 24, 2007.  The Court ordered service on Defendants Deputy Ski, Nurse Marcia, Deputy Beck and Mr. Thompson.  Service for Deputy Beck was returned unexecuted, and the Court was advised that no Deputy Beck had worked for the Benton County Detention Center in four years.  Thus, the Court issues this questionnaire to the Plaintiff for the purpose of correctly identifying the Defendant listed as "Deputy Beck."

Accordingly, it is ordered that plaintiff, Leon Stephenson, complete and sign the attached questionnaire, and return the same to the court **by May 5, 2008.  Plaintiff is advised that should he fail to return the completed and executed questionnaire by May 5, 2008, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 3rd day of April 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LEON STEPHENSON                                                                         PLAINTIFF

      v.                                   Civil No. 07- 5129

BENTON COUNTY DETENTION
CENTER MEDICAL STAFF                                                              DEFENDANTS

## QUESTIONNAIRE FOR SERVICE

TO: LEON STEPHENSON

      This form is sent to you so that you may assist the court in identifying the correct individual now currently named as Defendant Deputy Beck. You must return this questionnaire to the Court by **May 5, 2008**. Failure to do so will result in the dismissal of your complaint.

      The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form. If you need additional space, you may attach additional sheets of paper.

### RESPONSE

      You claim Deputy Beck slammed your head into a table while you were having a seizure.

      1. Provide the date this occurred. (In answering, be specific).

      Answer:

_____

_____

_____

_____

2. Do you know in what capacity the individual described as "Deputy Beck" was working on that date? For example, was he in charge of your pod, "on duty," etc?

_____

_____

_____

_____

3. Describe any physical characteristics of the individual described as Deputy Beck that may help identify him.

_____

_____

_____

_____

_____

_____

_____

_____

4. Do you know an individual named Cpl. Bret Becker?

Answer: Yes____ No____

If yes, do you know if this is who you intended to name as a Defendant?

_____

_____

_____

_____

_____

5. Do you know if there were any incident reports filled out regarding the individual named as Deputy Beck slamming your head on a table?

_____

_____

_____

_____

6. Did you file any grievances regarding the actions of the individual named as Deputy Beck?

Answer: Yes____ No____

If yes, attach the grievances.

_____

_____

_____

_____

List below any other information that may assist the Court in correctly identifying the individual named as Deputy Beck.

_____

_____

_____

_____

_____

I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

_____
LEON STEPHENSON

_____
DATE