IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LEON STEPHENSON                                                                PLAINTIFF

v.                           Civil No. 07- 5129

DEPUTY "SKI";
NURSE "MARCIA";
DEPUTY BECK;
MR. THOMPSON                                                                 DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Leon Stephenson filed this civil rights action on July 24, 2007.  He proceeds pro se and *in forma pauperis*.

When he filed the action, Plaintiff was incarcerated at the Benton County Detention Center. (Doc. 1).  Mail was returned as undeliverable on April 9, 2008.  Plaintiff did not notify the Court of a change of address, but the Court updated and submitted a change of address on Plaintiff's behalf.  Plaintiff has not further notified the court of a change in address and materials sent to the new address have not been returned.

On April 3, 2008, the Court directed Plaintiff to complete, sign, and return an attached questionnaire regarding service by May 5, 2008.  This Order was re-mailed to Plaintiff's new address on April 25, 2008.  However, Plaintiff has not returned the questionnaire or corresponded with the Court in anyway.  Accordingly, I recommend the above styled case be dismissed without prejudice due to the Plaintiff's failure to prosecute and/or failure to obey an Order of the Court.  Fed. R. Civ. P. 41.

AO72A
(Rev. 8/82)

**The parties have ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 8th day of May 2008.

                                             /s/ *J. Marschewski*
                                             HON. JAMES R. MARSCHEWSKI
                                             UNITED STATES MAGISTRATE JUDGE