**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**LEON STEPHENSON**                                                            **PLAINTIFF**

**v.**                      **Civil No. 07-5129**

**DEPUTY "SKI";**
**NURSE "MARCIA";**
**DEPUTY BECK;**
**MR. THOMPSON**                                                          **DEFENDANT**

**O R D E R**

Now on this 9th day of June 2008, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #15, filed May 8, 2008), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint is hereby **dismissed without prejudice.**

**IT IS SO ORDERED.**

                                                 **/s/Jimm Larry Hendren**
                                                 **HON. JIMM LARRY HENDREN**
                                                 **UNITED STATES DISTRICT JUDGE**